IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                     Magistrate No. 2:10-MJ-488

JEREMY EDINGTON,

    Defendant.

### ORDER

On November 4, 2010, the United States Magistrate Judge recommended that defendant Jeremy Edington be found competent to stand trial. *Order and Report and Recommendation*, Doc. No. 25. Although the parties were advised of their right to object to that recommendation and of the consequences of their failure to do so, *id.*, there has nevertheless been no objection.

The recommendation of the Magistrate Judge, Doc. No. 25, is **ADOPTED and AFFIRMED**. Jeremy Edington is hereby found competent to stand trial.

12--7-2010
Date

                                              Edmund A. Sargus, Jr.
                                              United States District Judge